```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KENNETH J. TAGGART              :       CIVIL ACTION
                                :
         v.                     :
                                :
CHASE BANK USA, N.A. and        :
JP MORGAN CHASE BANK N.A.       :
d/b/a CHASE HOME FINANCE, LLC   :       NO. 09-cv-03761-JF
```

ORDER

AND NOW, this 29th day of October 2009, upon consideration of the defendants' Motion to Dismiss, and plaintiff's response, IT IS ORDERED:

    1. The defendants' motion is GRANTED. This action is DISMISSED with prejudice.

    2. The Clerk is directed to close the file.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.